IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:26-CR-00073-M

**United States of America**,

v.

**Hector Hugo Alvarez Avila,** et al.,

Defendants.

**Order**

Upon motion of the Government, the Superseding Indictment m the above-captioned matter is hereby Ordered partially unsealed.

The Clerk of Court is directed to file the redacted copy of the Superseding Indictment on the docket; to unseal the dockets as to the first nine defendants in this matter; and to keep the dockets sealed for the two new defendants added in the Superseding Indictment.

So Ordered.

Dated: June 30, 2026

Robert T. Numbers, II
United States Magistrate Judge