IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:26-CR-00073-M-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR HUGO ALVAREZ AVILA, et al.<br><br>Defendants. | ORDER |

This matter comes before the court on the United States' Motion to Unseal [DE 250]. For good cause shown, the motion is GRANTED as follows. The Clerk of Court is directed to file the redacted copy of the Second Superseding Indictment [DE 250-1] on the docket; to unseal the dockets as to the first eleven Defendants in this matter; and to keep the dockets sealed for the new Defendant added in the Second Superseding Indictment.

SO ORDERED this 25th day of August, 2026.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE