IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:26-CR-00073-M-RJ-5

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RON CHRISTOPHER MILES,<br><br>Defendant. | ORDER |

This matter comes before the court on a letter filed pro se by Defendant and construed as a motion for transfer to a detention facility in Virginia [DE 340].

Defendant is represented by counsel in this case. The court is under no obligation to consider documents filed pro se by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)).

Therefore, the motion is DENIED WITHOUT PREJUDICE. If Defendant, ***through his counsel***, wishes to file (or re-file) his motion, the court will consider such motion.

SO ORDERED this 26th day of October, 2026.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE